WALKER v. NEWTON FALLS PAPER CO. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by

Isaiah Walker against the Newton Falls Paper Company.

PER CURIAM. Motion denied.

KELLOGG, J., not sitting.